GRANT
PER CURIAM
04/22/2020

PD-1259-19
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/22/2020 2:08 PM
Accepted 4/22/2020 3:12 PM
DEANA WILLIAMSON
CLERK

PD-1259-19
COURT OF APPEALS CAUSE NO. 13-18-00049-CR

_____ FILED

COURT OF CRIMINAL APPEALS
4/22/2020
DEANA WILLIAMSON, CLERK

TO THE COURT OF CRIMINAL APPEALS
OF THE STATE OF TEXAS

_____

RANDALL TODD TOWNSEND                                            Appellant

v.

STATE OF TEXAS                                                              Appellee

Appeal from Hamilton County

_____

MOTION TO WITHDRAW AND NOTICE OF SUBSTITION OF COUNSEL

_____

Justin Bradford Smith
Texas Bar No. 24072348
Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone:  254-771-1855
Fax:  254-771-2082
Email:  justin@templelawoffice.com

E. Alan Bennett
Texas Bar No. 02140700
Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, Texas 76710
Telephone: (254) 772-8022
Telecopier: (254) 772-9297
Email: abennett@slm.law

ATTORNEYS FOR APPELLANT

TO THE HONORABLE COURT OF APPEALS:

In accordance with Rule 6.5 of the Texas Rules of Appellate Procedure, Appellant's counsel, Justin Bradford Smith, moves to withdraw from representing Mr. Townsend because he has accepted employment with the Bell County District Attorney's office. The trial court has appointed Alan Bennett to represent Mr. Townsend in Mr. Smith's stead. *See* **Exhibit A**. The information required by Rule 6.5(d) is contained in Mr. Bennett's signature block below. In compliance with Rule 6.5(b), Appellant's counsel is delivering a copy of this motion to Mr. Townsend by first-class and certified mail to his last known address, as evidenced by her inclusion on the certificate of service below.

Respectfully submitted:

/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: 254-771-1855
Fax: 254-771-2082
Email: justin@templelawoffice.com

/s/ Alan Bennett
E. Alan Bennett
Texas Bar No. 02140700
Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, Texas 76710
Telephone: (254) 772-8022
Telecopier: (254) 772-9297
Email: abennett@slm.law

ATTORNEYS FOR APPELLANT

CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2020, a true and correct copy of the Motion

to Withdraw and Notice of Substitution of Counsel is being or will be provided to

the following by email and/or eservice and/or mail:

Randall Todd Townsend
600 S. Bell Street
Hamilton, Texas 76531
**VIA FIRST-CLASS MAIL AND CM-RRR**


Lance Kutnick
Jennifer Wissinger
Texas Attorney General Office
Criminal Prosecutions Division
P.O. Box 12548
Austin, Texas 78711-2548
Phone:  512-463-3038
Fax:  512-370-9942
Email: lance.kutnick@oag.texas.gov
        Jennifer.wissinger@oag.texas.gov

Adam Sibley
Damon Kersh
Hamilton County District Attorney's Office
P.O. Box 368
Meridian, Texas 76665-0368
Phone: 254-435-2994
Fax: 254-435-2952
Email: adam_sibley@mac.com
dkersh27@gmail.com


Stacey M. Soule
John Messinger
State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711-3046
Phone: 512-463-1660
Fax: 512-463-5724
Email: information@spa.texas.gov
*Attorneys for the State*

/s/ Justin Bradford Smith
Justin Bradford Smith

# EXHIBIT A

| STATE OF TEXAS | § | 220th JUDICIAL DISTRICT COURT |
| Plaintiff | § | |
| | § | |
| VS. | § | OF |
| | § | |
| RANDALL TODD TOWNSEND | § | |
| Defendant | § | HAMILTON COUNTY, TEXAS |

## ORDER GRANTING MOTION TO WITHDRAW AS APPELLATE COUNSEL

Because Justin Bradford Smith, counsel for Defendant, will be starting employment with the Bell County District Attorney's Office as their appellate prosecutor on May 11, 2020, it is necessary to appoint substitute appellate counsel for Defendant, who is indigent.

Therefore, it is hereby ORDERED that Justin Bradford Smith, Texas Bar No. 24072348, of Harrell, Stoebner, & Russell, P.C. is removed as appellate counsel for RANDALL TODD TOWNSEND and the following counsel is appointed in his place:

**E. ALAN BENNETT**

**510 NORTH VALLEY MILLS DRIVE, SUITE 500, WACO, TX 76710**

**254-772-8022**

Unless removed by court order, new appellate counsel shall represent Defendant until the mandate issues from the appellate court.

Signed on April 22 , 2020.

_____
Presiding Judge

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Justin Smith
Bar No. 24072348
justin@templelawoffice.com
Envelope ID: 42480545
Status as of 04/22/2020 15:13:04 PM -05:00

Associated Case Party: State Prosecuting Attorney

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Adam Sibley | | adam_sibley@mac.com | 4/22/2020 2:08:30 PM | SENT |
| Jennifer Wissinger | | jennifer.wissinger@oag.texas.gov | 4/22/2020 2:08:30 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Messinger | | information@spa.texas.gov | 4/22/2020 2:08:30 PM | SENT |
| Lance Kutnik | | lance.kutnick@oag.texas.gov | 4/22/2020 2:08:30 PM | SENT |
| Damon Kersh | | dkersh27@gmail.com | 4/22/2020 2:08:30 PM | SENT |